# U.S. EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 NOV 25 P 1:48

CLERK OF COURT

KEVIN O. HARPER, plaintiff

VS

Case No.

WARDEN STEVEN JOHNSON, ET AL. Defendants

**Jury Trial Demanded**

## COMPLAINT    25-C 1873

### JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C. § 1983 to redress the deprivation of under color of state law of rights secured by the United States of America, The State of Wisconsin, and the acts of congress. The court has Jurisdiction under 28 U.S.C. § 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. § 2201 and 2022.

2. The Easten District of Wisconsin is an appropriate venue under 28 U.S.C. § 1391 (b)(2) because this is where the events given rise to these claims occurred.

3. The court has supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. 1346.

### PARTIES

4. Plaintiff, Kevin Harper at all times relevant to this complaint was confined at Milwaukee Secure Detention Facility (M.S.D.F.) located in Milwaukee, Wisconsin. However, he is now free in the community and resides in Milwaukee, Wisconsin.

DEFENDANTS

5. Defendant Steven Johnson at all times relevant to this complaint was employed as warden at MSDF.

6. Defendant John Doe deputy Warden at all times relevant to this complaint was employed as Deputy warden at MSDF.

7. Defendant Correctional Officer (C.O.) at all times relevant to this complaint was employed as COs at MSDF.
8. CO Perzen
9. CO Miles
10. CO Akore
11. CO Jardian
12. CO John Does
13. Defendant John Doe(s) was employed at all times relevant to this complaint was employed as RN nurse at MSDF.
14. Defendant Jane Doe at all times relevant to this complaint was employed as Health service unit Mansager (HSM) at MSDF.
15. Defendant Jane Doe at all times relevant to this complaint was employed as Assistant Health service unit Mansager (HSM) at MSDF.
16. Defendant Jane Doe at all times relevant to this complaint was employed as 8th Floor unit Mansager (UM) at MSDF.
17. Defendant Jane Doe(s) at all times relevant to this complaint was employed as Registered NURSES (RN) at MSDF.

**EXHAUSTION OF REMEDIES**

18. Plaintiff has exhausted his administrative remedies with respect to all claims and Defendants

# FACTUAL STATEMENT

19. Mid-August 2025 plaintiff was taken into custody and placed at MSDF by his probation agent Angel King.

20. Upon Arrival to MSDF plaintiff was processed and seen by jane doe nurse #1 whom plaintiff indicated that he had severe asthma and that he had difficulty breathing. Plaintiff requsted that she provide him with an Asthma inhaler.

21. However, despite plaintiff pleas for help and her checking DOC medical records indicating plaintiff in fact had asthma she refused to help plaintiff and stated that asthma medication was an undue expense for whiny inmates.

22. Plaintiff also make several John Doe Cos aware of his difficultyy breathing while on the processing section while at MSDF howeverthey all ignored plaintiff.

23. Plaintiff was eventually escorted by John Doe Lt/Captain (White Shirt) to an intake unit. While enroute plaintiff made him aware of his medical situation however John Doe Lt. remained indifferent to his needs

24 . While in the medical unit plaintive also made first second and third shift staff aware of his medical issue relating to his asthma every day during his time on the unit and these individuals also remain in different despite them saying him having trouble breathing and conveying To them that he had desired medical attention.

26. However, during his time there on about the fourth day plaintiff made a Jaydo nurse aware and she did indeed sent up a medical inhaler however the medication was labeled as the wrong inmate. And plaintiff Attempting to be an upstanding A rule abiding inmate maid Jane Doe female sergeant or wear that they just gave him the wrong medication and that plaintive needed his inhaler.

27. Instead of Jane doe Sergeant Attempting to help plaintiff see simply threaten him with a conduct report for having medication that the nurse gave him because he did not have his Name on it. To avoid further issues plaintive immediately gave back the asthma inhaler and didn't use it despite him being in need of the medication due to Jane does Threats.

27. During his entire time on the medical unit and an MSDF plan repeatedly wrote HSU Staff Jaydo HSU manager and Jane Doe HSU assistant manager informing them that he needed his asthma medication however they simply refused to either dignify plaintiff with an answer or to help plaintiff in that capacity.

26. After a few days of being on the Medical unit 22 within escorted

27. Were there escorted to a regular intake unit where he still have issues breathing. Plaintiff informed 1st and a second shift correction officers John of his medical issue and they refused to help him.

28. Plaintiff then informed 2nd and a second shift correction officers John of his medical issue and they refused to help him.

29. Plaintiff also informed multiple Jane and John Doe medical staff of his issues and they refused to assist him.

30. Over the course of the next 2 days plaintiff informed multiple medical and correctional staff on the unit of his asthma issues and they all refused to help.

31. Then on or about August 18 2025 Defendants made an announcement that they would be cutting off the air circulation on plaintiffs unit for repair

32. Plaintiff informed defendants that he had asthma and already needed his asthma medication and that the ceasing of his medication will cause him respiratory issues however the staff disregarded his claims

33. On August 19, 2025, plaintiff informed multiple first second and third shift condo CO's that he needed his asthma meds and they are refused him help.

34. Then on August 20, 2025, plaintiff in form first and second shift staff that he needed his asthma meds and that his conditions were worsening due to the extended times of being locked in the seal without air circulation however these Dondo staff members refused him help either

35. Plaintive informed Sergeant Luckett, CO Akore, Sgt. Jalastic, CO Guardian, and Lieutenant Ferrier that he needed his asthma medication and they refused his please for help.

36. While plaintiff was trapped in the sale he started having a hard time breathing and constantly hitting the intercom requesting medical assistance. Every return John Doe play music in order to drown out plaintive please for help.

37. As a result of this college disregard for plaintiffs medical condition he eventually succumb to an asthma attack and his cellmate had to bang on the door and get the CEO's attention.

38. During the course of plaintive having an asthma attack he hit his head on the floor and wall causing a head injury and severe swelling.

39. after 30 minutes to an hour of banging on the door plaintiff cellmate was able to get the attention of the CEO and a medical emergency was called on the unit.

40. After a while of stalling and cracking jokes about President Obama John OCO Lieutenant Ferrier, nurse Thomas, and nurse Brian and several John Doe's attended to plaintiff asthma attack.

41. Without evaluating plaintiff nurse Brian and nurse Thomas gave plaintiff an albuterol inhaler and told him don't breathe in that dusty air and MSDS in a joking manner.

42. Plaintiff asked defendants nurse Thomas and nurse Brian where they gonna treat his head injury and they refuse stating that it was getting late towards the end of their shift and that they didn't wanna do any overtime that day.

43. Client proceeded to write HSU manager JNO regarding his head injury and she refused to write him back or provide him treatment.

44. Plaintiff still suffers from the effects of said head injury.

45. During his stay at Msdf prior to experiencing the asthma attack and head injury plaintiff contacted the Warden, Deputy Warden, 8th floor Unit manager, John doe maintainence Technician, HSU manager and Asst. Manager, and several other john does that the policy, practice or custom of turning off the air circulation was causing plaintiff harm and that plaintiff needed his asthma medication or medical treatment and these defendants refused to address the problem and still left the air circulation turned off days after the Asthma attack risking the possibility of another respiratory attack

## LEGAL CLAIMS

46. The actors of Jane Doe intake nurse and John Doe co and depriving plaintiff of medical attention and his asthma medication upon his arrival at msdf after they aware aware of his medical condition constitutes 8 and 14th amendment right violations, negligence, intestinal infliction of emotional distress, and medical malpractice.

47. The actions of lieutenant character, Sergeant Luckett, nurse Brian, nurse Thomas, Co Akore, sergeant gelastic, sgt. jardian, and Jane doe and John doce of depriving plaintiff medical attention and complete disregard for his medical condition. Constitutes 8th and 14th amendment right violations, negligence, intentional infliction of emotional distress and medical malpractice.

48. The actions of John Doe warden, John Doe deputy Warden, Jane Doe a floor unit manager, Jane Doe hsu manager, Jane Doe assistant hsu manager, and John Doe maintenance technician and the decision to implement policies practice and customs which they knew would hurt plaintiff constitutes 8 and 14th amendment right violations, and constitute negligence, due process right violations, a medical malpractice

49. Plaintiff realledge and incorporate by reference paragraphs 1-49.

## RELIEF WANTED

50. Plaintive seeks $20,000 and damages from each defendant compensatory damages.

51. Plaintiff seeks $15,000 and damages from each defendant and punitive damages.

52. Plaintiff seeks a declaration issue from this court that the policies procedures customs action or in action permitted by defendants violate his constitutional rights

53. Plaintiff seeks any relief of this court name just, fair, and equitable.

Respectfully,

*Kevin Harper*

Kevin Harper

Plaintiff, pro se

Date: November 25, 2025

Address: 4172 n 15th st
Milwaukee, WI
53206

Phone: 414-797-8468